# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: KRUEGER, DEBORAH S. | § Case No. 10-70506 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/28/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 08/17/2011    By:  /s/JAMES E. STEVENS
                                                                                   Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KRUEGER, DEBORAH S.              § Case No. 10-70506
                                        §
                                        §
Debtor(s)                               §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 2,295.44 |
| *and approved disbursements of* | $ 4.40 |
| *leaving a balance on hand of* [1] | $ 2,291.04 |
| **Balance on hand:** | $ 2,291.04 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 2,291.04 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 573.86 | 0.00 | 573.86 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 573.86 |
| Remaining balance: | $ 1,717.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 1,717.18 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,717.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,383.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Allied Business Accounts, Inc. | 3,600.66 | 0.00 | 462.01 |
| 2 | Swedish American Hospital | 5,357.10 | 0.00 | 687.36 |
| 3 | Rockford Mercantile | 4,425.37 | 0.00 | 567.81 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,717.18 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $             0.00
Remaining balance:                       $             0.00


Prepared By:  /s/JAMES E. STEVENS
              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Deborah S. Krueger  
    Debtor

Case No. 10-70506-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cbachman     Page 1 of 2     Date Rcvd: Aug 26, 2011  
                    Form ID: pdf006     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2011.

```
db          +Deborah S. Krueger,    2263 Iris Ave.,    Belvidere, IL 61008-6071
aty         +Charles T Sewell,    Charles T. Sewell, P.C.,    215 South State St,    Belvidere, IL 61008-3616
tr          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2582
15070347     Allied Business Accounts, Inc.,    300 1/2 S. 2nd St.,    P.O.Box 1600,    Clinton, IA 52733-1600
15070348    +Arrow Financial Services,    21031 Network Pl.,    Chicago, IL 60678-0001
15070350    +Citifinancial Auto,    P.O.Box 9585,    Coppell, TX 75019-9085
15070351     City of Rockford Fire Dept.,    P.O. Box 1170,    Milwaukee, WI 53201-1170
15070354    +Dennis A. Brebner &Assoc.,    860 Northpoint Blvd.,    Waukegan, IL 60085-8211
15070355     First Premier Bank,    P.O. Box 5147,    Sioux Falls, SD 57117-5147
15070356    +Frederick J. Hanna & Assoc., P.C.,    Attorney's at Law,    1427 Roswell Rd.,
              Marietta, GA 30062-3668
15070357    +Illinois Pathologist Services, LLC,    P.O.Box 1259,    Oaks, PA 19456-1259
15070358    +Nadeem Hanif, MDSC,    5668 E. State St.,    Suite B 600,    Rockford, IL 61108-3107
15070359    +OSF Lifeline Ambulance, LLC,    318 Roxbury Road,    Rockford, IL 61107-3148
15070360     OSF St. Anthonys Med Center,    P.O.Box 5065,    Rockford, IL 61125-0065
15070361    +Oxford Bank,    PO Box 129,    Addison, IL 60101-0129
15070362    +PFG of Minnesota,    7825 Washington Ave. S Ste 310,    Minneapolis, MN 55439-2424
15070364    +RMH Pathologists, LTD,    c/o Professional Building,    6785 Weaver Rd. D,
              Rockford, IL 61114-8057
15070363    +Radiology Consultants of Rockford,,    P.O.Box 4542,    Rockford, IL 61110-4542
15070365    +Rockford Associated Clinical Pathol,    P.O. Box 8768,    Rockford, IL 61126-8768
15070366    +Rockford Health Physicians,    Dept. CH 10862,    Palatine, IL 60055-0001
15070367     Rockford Health System,    Rockford Memorial Hopsital,    Dept 4628,    Carol Stream, IL 60122-4628
15070368    +Rockford Mercantile,    2502 S. Alpine,    Rockford, IL 61108-7813
15070369    +Rockford Radiology,    P.O. Box 5368,    Rockford, IL 61125-0368
15070370    +Superior Ambulance Service,    P.O.Box 1407,    Elmhurst, IL 60126-8407
15070371    +Swedish American Hosp.,    P.O. Box 4448,    Rockford, IL 61110-0948
15695326    +Swedish American Hospital,    c/o Dennis A. Brebner & Associates,    860 Northpoint Blvd.,
              Waukegan, IL 60085-8211
16403063    +Swedish American Hospital,    c/o Dennis A. Brebner & Associates,    860 S. Northpoint Blvd.,
              Waukegan, IL 60085-8211
15070372    +Swedish American Medical Group,    P.O.Box 1567,    Rockford, IL 61110-0067
15070373    +USCB Corp,    P.O.Box 75,    Archbald, PA 18403-0075
15070374     Visa First Premier Bank,    P.O.Box 5524,    Sioux Falls, SD 57117-5524
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15070349    +E-mail/Text: cms-bk@cms-collect.com Aug 27 2011 02:08:34     Capital Management,
              726 Exchange Street Suite 700,    Buffalo, NY 14210-1494
15070352    +E-mail/Text: administration@collectcorp.com Aug 27 2011 02:08:37     Collect Corp,
              P.O.Box 101928,    Birmingham, AL 35210-6928
15070353    +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Aug 27 2011 02:07:50
              Creditors Protection Service,    202 W. State St. Suite 300,    Rockford, IL 61101-1163
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, IL 61108-2582
aty*        +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, Il 61108-2582
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: cbachman              Page 2 of 2              Date Rcvd: Aug 26, 2011
                              Form ID: pdf006             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**                     **Signature:**        *Joseph Speetjens*