**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: KRUEGER, DEBORAH S.  § Case No. 10-70506
                            §
                            §
Debtor(s)                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $52,806.00              Assets Exempt: $6,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,717.18     Claims Discharged
                                                Without Payment: $35,650.12

Total Expenses of Administration: $578.26

3) Total gross receipts of $  2,295.44   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00    (see **Exhibit 2**), yielded net receipts of $2,295.44 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $53,796.46 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 578.26 | 578.26 | 578.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,589.88 | 19,340.23 | 13,383.13 | 1,717.18 |
| **TOTAL DISBURSEMENTS** | $96,386.34 | $19,918.49 | $13,961.39 | $2,295.44 |

    4) This case was originally filed under Chapter 7 on February 08, 2010. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __11/08/2011_____   By: _/s/JAMES E. STEVENS_____
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refund | 1224-000 | 2,295.00 |
| Interest Income | 1270-000 | 0.44 |
| **TOTAL GROSS RECEIPTS** | | **$2,295.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Oxford Bank | 4110-000 | 53,796.46 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$53,796.46** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 573.86 | 573.86 | 573.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.40 | 4.40 | 4.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 578.26 | 578.26 | 578.26 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Allied Business Accounts, Inc. | 7100-000 | 2,631.26 | 3,600.66 | 3,600.66 | 462.01 |
| 2 | Swedish American Hospital | 7100-000 | 7,618.50 | 5,357.10 | 5,357.10 | 687.36 |
| 3 | Rockford Mercantile | 7100-000 | 2,369.00 | 4,425.37 | 4,425.37 | 567.81 |
| 4 | Swedish American Hospital | 7100-000 | 5,986.95 | 5,957.10 | 0.00 | 0.00 |
| NOTFILED | OSF St. Anthonys Med Center | 7100-000 | 4,202.59 | N/A | N/A | 0.00 |
| NOTFILED | OSF Lifeline Ambulance, LLC | 7100-000 | 524.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Pathologist Services, LLC | 7100-000 | 471.00 | N/A | N/A | 0.00 |
| NOTFILED | Nadeem Hanif, MDSC | 7100-000 | 98.53 | N/A | N/A | 0.00 |
| NOTFILED | PFG of Minnesota | 7100-000 | 375.45 | N/A | N/A | 0.00 |
| NOTFILED | RMH Pathologists, LTD c/o Professional Building | 7100-000 | 8.08 | N/A | N/A | 0.00 |
| NOTFILED | USCB Corp | 7100-000 | 785.65 | N/A | N/A | 0.00 |
| NOTFILED | Visa First Premier Bank | 7100-000 | 275.45 | N/A | N/A | 0.00 |
| NOTFILED | Superior Ambulance Service | 7100-000 | 1,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Consultants of Rockford, | 7100-000 | 221.00 | N/A | N/A | 0.00 |
| NOTFILED | Frederick J. Hanna & Assoc., P.C. Attorney's at Law | 7100-000 | 1,535.23 | N/A | N/A | 0.00 |
| NOTFILED | Dennis A. Brebner &Assoc. | 7100-000 | 4,694.16 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Arrow Financial Services | 7100-000 | 800.86 | N/A | N/A | 0.00 |
| NOTFILED | Capital Management | 7100-000 | 832.16 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Auto | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection Service | 7100-000 | 563.13 | N/A | N/A | 0.00 |
| NOTFILED | Collect Corp | 7100-000 | 1,535.23 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 375.45 | N/A | N/A | 0.00 |
| NOTFILED | City of Rockford Fire Dept. | 7100-000 | 136.20 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 42,589.88 | 19,340.23 | 13,383.13 | 1,717.18 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-70506  
**Case Name:** KRUEGER, DEBORAH S.  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/08/10 (f)  
**§341(a) Meeting Date:** 03/11/10  

**Period Ending:** 11/08/11  
**Claims Bar Date:** 11/17/10

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---:|---:|:---:|---:|---:|
| 1   Checking Account AmCore Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 2   Furnishings<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3   Books, CDs, DVDs, pictures<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 4   Clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 5   Costume jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 6   Stock-AmCore Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 7   2000 Pontiac Grand Prix<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8   mobile home<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 9   Dog, Cat<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 10  Income Tax Refund  (u)  (See Footnote) | 5,306.00 | 2,295.00 | DA | 2,295.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 0.44 | FA |
| 11  Assets  Totals (Excluding unknown values) | **$52,806.00** | **$2,295.00** | | **$2,295.44** | **$0.00** |

RE PROP# 10    this is the balance after deducting the earned income and child tax credits

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70506  
**Case Name:** KRUEGER, DEBORAH S.  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 02/08/10 (f)  
**§341(a) Meeting Date:** 03/11/10  

**Period Ending:** 11/08/11  
**Claims Bar Date:** 11/17/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   May 31, 2011          **Current Projected Date Of Final Report (TFR):**   August 17, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-70506 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | KRUEGER, DEBORAH S. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******04-65 - Money Market Account |
| Taxpayer ID #: | **-***0109 | | Blanket Bond: | $372,000.00   (per case limit) |
| Period Ending: | 11/08/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/17/10 | {10} | Deborah S. Krueger | income tax refund | 1224-000 | 2,295.00 | | 2,295.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.05 | | 2,295.05 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.14 | | 2,295.19 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.13 | | 2,295.32 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,295.33 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,295.34 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,295.35 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,295.36 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,295.37 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,295.38 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,295.39 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,295.40 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,295.41 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,295.42 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,295.43 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.40 | 2,291.03 |
| 08/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 2,291.04 |
| 08/17/11 | | To Account #9200******0466 | tranfer to close money market account | 9999-000 | | 2,291.04 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,295.44 | 2,295.44 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,291.04 | |
| | | | Subtotal | | 2,295.44 | 4.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,295.44 | $4.40 | |

{} Asset reference(s)   Printed: 11/08/2011 10:48 AM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-70506 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | KRUEGER, DEBORAH S. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******04-66 - Checking Account |
| Taxpayer ID #: | **-***0109 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 11/08/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/17/11 | | From Account #9200******0465 | tranfer to close money market account | 9999-000 | 2,291.04 | | 2,291.04 |
| 09/29/11 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $573.86, Trustee Compensation; Reference: | 2100-000 | | 573.86 | 1,717.18 |
| 09/29/11 | 102 | Allied Business Accounts, Inc. | Dividend paid 12.83% on $3,600.66; Claim# 1; Filed: $3,600.66; Reference: | 7100-000 | | 462.01 | 1,255.17 |
| 09/29/11 | 103 | Swedish American Hospital | Dividend paid 12.83% on $5,357.10; Claim# 2; Filed: $5,357.10; Reference: | 7100-000 | | 687.36 | 567.81 |
| 09/29/11 | 104 | Rockford Mercantile | Dividend paid 12.83% on $4,425.37; Claim# 3; Filed: $4,425.37; Reference: | 7100-000 | | 567.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,291.04** | **2,291.04** | **$0.00** |
| | | | Less: Bank Transfers | | 2,291.04 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **2,291.04** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,291.04** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******04-65** | 2,295.44 | 4.40 | 0.00 |
| **Checking # 9200-******04-66** | 0.00 | 2,291.04 | 0.00 |
| | $2,295.44 | $2,295.44 | $0.00 |

{} Asset reference(s)

Printed: 11/08/2011 10:48 AM V.12.57